447 A.2d 644

Commonwealth v. Thomas, Appellant.

Petition for Allowance of Appeal Denied Dec. 22, 1982.

Submitted June 2, 1981. Carol K. McGinley, Assistant Public Defender, for appellant; Michael Moyer, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

The order of the learned Lehigh County Common Pleas Court Judge Maxwell E. Davison is affirmed.